UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN GERARDO DUBON-VALDEZ,<br>    aka "Kevin Gerardo Dubon Valdez,"<br>    aka "Kevin Gerardo Dubon,"<br>    aka "Kevin Dubon,"<br><br>    Defendant. | Case No. 2:22-mj-00753-VCF<br><br>Order on Stipulation<br>to Extend Deadlines to Conduct<br>Preliminary Hearing and<br>File Indictment |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on October 11, 2022 at the hour of 4:00 p.m., be vacated and continued to December 28, 2022 at the hour of 4:00 pm in LV Courtroom 3D.

DATED this 29 day of September, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE