# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KEVIN GERARDO DUBON-VALDEZ,<br>   aka "Kevin Gerardo Dubon Valdez,"<br>   aka "Kevin Gerardo Dubon,"<br>   aka "Kevin Dubon,"<br><br>   Defendant. | Case No. 2:22-mj-00753-VCF<br><br>**Order Directing Probation to Prepare a Criminal History Report** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 29th day of September, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3